JAMAL WRIGHT, ET AL     *     NO. 2019-C-0499

VERSUS     *     COURT OF APPEAL

THE STATE OF LOUISIANA     *     FOURTH CIRCUIT
ON BEHALF OF JAMIE
ALLEYN, M.D., ASHLEY VAN     *     STATE OF LOUISIANA
WORMER, M.D., MONIQUE
SUTHERLAND, M.D., MEGAN     *
BINA, D.O. AND ASHELY M
HIRSCH, M.D.     *

* * * * * * *

*TGC* CHASE, J., CONCURS FOR THE REASONS ASSIGNED BY JUDGE LEDET